```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
YVONNE ROMAN, ET AL,                                           :
                                                               :
                              Plaintiffs,                      :
                                                               :       20-cv-4332 (LJL)
        -v-                                                    :
                                                               :       ORDER
ETHICON INC., ET AL,                                           :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

`USDC SDNY`
`DOCUMENT`
`ELECTRONICALLY FILED`
`DOC #:_____`
`DATE FILED: 6/11/2020`

LEWIS J. LIMAN, United States District Judge:

On May 22, 2020, Hon. Joseph R. Goodwin, United States District Judge in the Southern District of West Virginia, ordered this case transferred to the Southern District of New York. (Dkt. No. 37.) It has been assigned to me for all purposes.

The case is related to MDL 2327, 2:12-md-2327 ("Ethicon MDL"). Judge Goodwin's transfer order advised that "the time to conduct discovery is complete" and that "the parties have had time to file dispositive and *Daubert* motions, responses and replies." (*Id.*) He further urged this Court to set the case for trial without reopening discovery.

The Court is in receipt of the parties' joint designation of non-PTO filings from the Ethicon MDL, which—per Judge Goodwin's order—the Court considers to be "all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider." (*Id.*)

IT IS HEREBY ORDERED that, no later than June 18, 2020 at 5:00 p.m., the parties shall submit a joint letter not to exceed three single-spaced pages that informs the Court about the status of the case, including which matters remain to be resolved.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic conference on June 22, 2020 at 11:30 a.m. The parties are directed to call (888) 251-2909 and use access code 2123101.

SO ORDERED.

Dated: June 11, 2020       _____
       New York, New York             LEWIS J. LIMAN
                                      United States District Judge