UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

-----------------------------------------------------------------------X
:
YVONNE ROMAN AND DANIEL ROMAN,                            :
:
Plaintiffs,        :
:                    20-cv-4332 (LJL)
-v-                :
:                         ORDER
ETHICON, INC. et al.,                                    :
:
Defendants.        :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received a letter from the parties indicating that they have reached a settlement and requesting a stay.  Dkt. No. 75.  The case is hereby stayed until January 29, 2021.  By February 4, 2021, if not stipulation of dismissal has been filed, the parties shall submit a status report.  The parties are directed to appear for a telephonic status conference on February 9, 2021 at 2:00 p.m, if no stipulation of dismissal has been filed.  Parties are directed to dial 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: November 30, 2020
New York, New York                    _____
LEWIS J. LIMAN
United States District Judge