```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YVONNE ROMAN & DANIEL ROMAN,                                       :
                                                                   :
                              Plaintiffs,                          :
                                                                   :         20-cv-4332 (LJL)
           -v-                                                     :
                                                                   :         ORDER
ETHICON INC.,                                                      :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The conference scheduled for April 30, 2021 is adjourned. The parties are directed to appear for a telephonic status conference on June 29, 2021 at 12:00 p.m. Parties are directed to dial (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: April 27, 2021
      New York, New York
                                                LEWIS J. LIMAN
                                           United States District Judge